THE STATE OF OHIO, APPELLANT, *v*. ORTIZ, APPELLEE.

[Cite as *State v. Ortiz*, 124 Ohio St.3d 562, 2010-Ohio-1429.]

*Discretionary appeal accepted, court of appeals' judgment reversed in part on the authority of State v. Williams, and judgment of the trial court reinstated.*

(No. 2009-1925 — Submitted March 31, 2010 — Decided April 7, 2010.)

APPEAL from the Court of Appeals for Cuyahoga County,

No. 91819, 2009-Ohio-4982.

_____

{¶ 1}   The discretionary appeal is accepted.

{¶ 2}   The judgment of the court of appeals holding that the felonious assault counts were allied offenses of similar import committed with a single animus and that the attempted murder and felonious assault counts were allied offenses of similar import committed with a single animus is reversed on the authority of *State v. Williams*, 124 Ohio St.3d 381, 2010-Ohio-147, 922 N.E.2d 937.  The judgment of the trial court is reinstated.

MOYER, C.J.,[1] and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

PFEIFER and LANZINGER, JJ., dissent and would affirm the judgment of the court of appeals.

_____

William D. Mason, Cuyahoga County Prosecuting Attorney, and Kristen L. Sobieski, Assistant Prosecuting Attorney, for appellant.

_____

1.  The late Chief Justice Thomas J. Moyer participated in the deliberations in, and the final resolution of, this case prior to his death.